IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD UNDA, *et al.*, | ) |
| Plaintiffs, | ) |
| vs. | ) NO. CIV-20-0984-HE |
| TRINITY SCHOOL AT EDGEMERE, | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered this date, this case is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated this 14th day of January, 2020.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE